JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, | Case No. 2:21-cv-07707-SB-MAA |
| Plaintiff, | **ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| THE NEIMAN MARCUS GROUP LLC, | |
| Defendant. | |

Pursuant to the parties' joint stipulation of voluntary dismissal with prejudice, Dkt. No. 21, and good cause appearing therefor, it is hereby **ordered** that the above-captioned action shall be dismissed with prejudice. Each shall bear his or its own costs and attorneys' fees.

Dated:  April 14, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1